UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>(1) $20,069.00 IN UNITED STATES<br>　　CURRENCY,<br><br>(2) ONE BLUE 2021 JEEP GRAND<br>　　CHEROKEE LIMITED BEARING<br>　　VEHICLE IDENTIFICATION<br>　　NUMBER 1C4RJFBG5MC674957,<br><br>(3) ONE ROLEX OYSTER PERPETUAL<br>　　DATEJUST WATCH BEARING<br>　　SERIAL NUMBER 84W24D508,<br><br>(4) ONE 14 KARAT YELLOW GOLD<br>　　CUBAN LINK BRACELET,<br><br>(5) ONE 14 KARAT YELLOW GOLD<br>　　CUBAN LINK BRACELET,<br><br>(6) ONE 14 KARAT YELLOW GOLD<br>　　CUBAN LINK NECKLACE,<br><br>(7) ONE SET OF 14 KARAT YELLOW<br>　　AND WHITE GOLD STUD STYLE<br>　　EARRINGS, and<br><br>(8) ONE 14 KARAT YELLOW GOLD<br>　　RING,<br>　　　　　Defendants *in Rem* | Civil Action No.: 1: 25-CV- |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

　　The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6), alleges that:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C.§ 1395.

2. The defendant property, which was seized on or about June 6, 2024, in connection with the execution of a search warrant at 17 Winter Street, Apartment 17, Dorchester, Massachusetts, consists of:

   a. $20,069.00 in United States currency;

   b. one blue 2021 Jeep Grand Cherokee Limited bearing Vehicle Identification Number ("VIN") 1C4RJFBG5MC674957;

   c. one Rolex Oyster Perpetual DateJust Watch bearing serial number 84W24D508;

   d. one 14 karat Yellow Gold Cuban Link Bracelet;

   e. one 14 karat Yellow Gold Cuban Link Bracelet;

   f. one 14 karat Yellow Gold Cuban Link Necklace;

   g. one set of 14 karat Yellow and White Gold Stud Style Earrings; and

   h. one 14 karat Yellow Gold Ring;

(collectively, the "Defendant Property").

3. As detailed in the Affidavit of Task Force Officer Brian W. Simpkins for the Drug Enforcement Administration, attached as Exhibit A and incorporated herein by reference, the United States has probable cause to believe that the Defendant Property was: furnished, or intended to be furnished, by any person in exchange for a controlled substance, and or moneys, negotiable instruments, or securities used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846, and is therefore subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6); or derived from any proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 841 and/or 846, and thereby forfeitable pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays:

1. That a Warrant and Monition, in the form submitted herewith, be issued to the Drug Enforcement Administration and the United States Marshals Service, commanding them to retain custody of the Defendant Property, and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. That judgment of forfeiture be decreed against the Defendant Property;

3. That thereafter, the Defendant Property be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney
(617) 748-3111

Date: July 22, 2025

## VERIFICATION

      I, Brian W. Simpkins, Task Force Officer, Drug Enforcement Administration, state that I have read the foregoing Verified Complaint for Forfeiture *in Rem* and the Affidavit, attached as Exhibit A, and the contents thereof are true to the best of my knowledge, information, and belief.

                                                      */s/ Brian W. Simpkins*
                                                      Brian W. Simpkins
                                                      Task Force Officer
                                                      Drug Enforcement Administration

Date: July 22, 2025