UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>(1) $20,069.00 IN UNITED STATES<br>　　　CURRENCY,<br><br>(2) ONE BLUE 2021 JEEP GRAND<br>　　　CHEROKEE LIMITED BEARING<br>　　　VEHICLE IDENTIFICATION<br>　　　NUMBER 1C4RJFBG5MC674957,<br><br>(3) ONE ROLEX OYSTER PERPETUAL<br>　　　DATEJUST WATCH BEARING<br>　　　SERIAL NUMBER 84W24D508,<br><br>(4) ONE 14 KARAT YELLOW GOLD<br>　　　CUBAN LINK BRACELET,<br><br>(5) ONE 14 KARAT YELLOW GOLD<br>　　　CUBAN LINK BRACELET,<br><br>(6) ONE 14 KARAT YELLOW GOLD<br>　　　CUBAN LINK NECKLACE,<br><br>(7) ONE SET OF 14 KARAT YELLOW<br>　　　AND WHITE GOLD STUD STYLE<br>　　　EARRINGS, and<br><br>(8) ONE 14 KARAT YELLOW GOLD<br>　　　RING,<br><br>　　　　Defendants *in Rem* | Civil Action No.: 1: 25-CV-12055 |

**WARRANT AND MONITION**

To:　　The United States Marshal for the District of Massachusetts

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United

States of America against the following defendant property, described as:

    a. $20,069.00 in United States currency;

    b. one blue 2021 Jeep Grand Cherokee Limited bearing Vehicle Identification Number ("VIN") 1C4RJFBG5MC674957;

    c. one Rolex Oyster Perpetual DateJust Watch bearing serial number 84W24D508;

    d. one 14 karat Yellow Gold Cuban Link Bracelet;

    e. one 14 karat Yellow Gold Cuban Link Bracelet;

    f. one 14 karat Yellow Gold Cuban Link Necklace;

    g. one set of 14 karat Yellow and White Gold Stud Style Earrings; and

    h. one 14 karat Yellow Gold Ring

(collectively, the "Defendant Property").

This Court has found probable cause for forfeiture of the Defendant Property. Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Property via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Amauris Rafael Rivera<br>c/o Steven DiLibero<br>130 Dorrance Street<br>Providence, RI 02903 | Amauris Rafael Rivera<br>17 Winter Street<br>Apartment 17<br>Dorchester, MA 02122 |
| Maria Aristy-Cordero<br>79 Webster Street<br>Randolph, MA | Maria Aristy-Cordero<br>2 Fitzgerald Street<br>Randolph, MA 02368 |
| Maria Aristy-Cordero<br>37 Cheever Street<br>Milton, MA 02186 | Maria Aristy-Cordero<br>41 Whitfield Street<br>Apartment 2<br>Dorchester Center, MA 02124 |

| | |
|---|---|
| Maria Aristy-Cordero | Leudis Rafael Rivera Carmona |
| 36 Claybourne Street | 17 Winter Street |
| Apartment 1 | Apartment 17 |
| Dorchester Center, MA 02124 | Dorchester, MA 02122 |

postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand, or by any other reasonable means, such as electronic service.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to arrest, attach, inspect, and retain the Defendant Property in your custody until further order of this Court.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Property or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY ANNAPURNA BALAKRISHNA, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY ANNAPURNA BALAKRISHNA, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON,

MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.

THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE ADDRESSED TO THE ATTORNEY GENERAL; SHALL BE SWORN TO BY THE PETITIONER, OR BY THE PETITIONER'S ATTORNEY UPON INFORMATION AND BELIEF, SUPPORTED BY THE CLIENT'S SWORN NOTICE OF REPRESENTATION PURSUANT TO 28 U.S.C. § 1746, AS SET FORTH IN 28 C.F.R. § 9.9(g); AND SHOULD BE SUBMITTED TO THE ATTENTION OF ASSISTANT UNITED STATES ATTORNEY ANNAPURNA BALAKRISHNA, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210.

Robert M. Farrell, Clerk
U.S. District Court

By: _____
Deputy Clerk

Date: 8/5, 2025

APPROVED AND SO ORDERED:

_____
United States District Judge

Date: 8/5, 2025

4